NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STANLEY MARCH,                                    )
                                                 )
                 Appellant,                       )
                                                 )
v.                                               )     Case No. 2D18-3699
                                                 )
JG64, LLC d/b/a GETTEL TOYOTA                     )
OF LAKEWOOD,                                      )
                                                 )
                 Appellee.                        )
_____ )

Opinion filed November 22, 2019.

Appeal from the Circuit Court for
Manatee County; Gilbert A. Smith, Jr.,
Judge.

Stanley March, pro se.

J. Logan Murphy of Hill, Ward &
Henderson, P.A., Tampa, for Appellee.


PER CURIAM.

         Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.